In the Matter of the Claim of GEORGIANA H. JUNGELS, Appellant, v SUNY BUFFALO, Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted September 10, 2012; decided November 27, 2012

Motion, insofar as it seeks leave to appeal from that part of the April 2012 Appellate Division order as dismissed the appeal

from the October 2009 Workers' Compensation Board decision, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.